UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Aylen Leon Palacios          Case No. 21-15853-RAM

         Debtor(s).                    Chapter 7
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Withdrawal as counsel and Notice of Hearing was sent to all parties on the attached service list on September 20, 2021.

Electronically: Robert A Angueira, Trustee

Certified Class Mail:

Debtor(s), Aylen Leon Palacios
630 E 8th Lane
Hialeah, FL 33010-4624

All Creditors on the Matrix

                                  Respectfully Submitted:

                                  **ROBERT SANCHEZ, P.A.**
                                  Attorney for Debtor
                                  355 West 49th Street
                                  Hialeah, FL 33012
                                  Tel. 305-687-8008

                                  By:*/s/ Robert Sanchez*_____
                                  Robert Sanchez, Esq., FBN#0442161